appellant complies with terms stated in order.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rudolph O. Haubold v. Rickert Finlay Realty Company.— Motion granted unless appellant complies with terms stated in order.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Isidor Weiss v. Philip Bernstein Sick and Benefit Society.— Motion granted unless appellant complies with terms stated in order.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley.— Motion so far granted as to allow defendant to serve his case within five days and to serve the printed papers and have the appeal on the calendar by the 10th of November, 1914, ready for argument; if these conditions are not complied with, the motion to vacate the order dismissing the appeal is denied.　Order to be settled on notice.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Colorado and Southern Railway Company v. De Witt C. Blair and Others.— Motion granted; question certified.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Feigl, Moravek & Co., Ltd., v. Ernst Feigl.— Motion denied, with ten dollars costs.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The City of New York v. Samuel Bergoffen.— Motion denied, with ten dollars costs.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry I. Levine v. Rose Howard.— Motion granted on condition stated in order.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Vulcan Detinning Company v. Franz A. Assman and Others.　Vulcan Detinning Company v. Franz A. Assman and Others.— Motions granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Harmon Hendricks.— Motion denied, with ten dollars costs.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Joseph Leiner v. R. Hoe & Company.— Motion denied, with ten dollars costs.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edmund K. Stallo v. Arthur H. Jones.— Motion denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William P. McCormick v. Frank J. Tyler.— Motion granted; question certified.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William P. McCormick v. Frank J. Tyler.— Motion for stay granted. Order to be settled on notice.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William J. Kindgen v. Letitia M. Craig and Others.— Motion for stay granted.　Order to be settled on notice.　Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.